# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MATTHEW DUFRANE,

        Plaintiff,

v.

NORTHERN MANAGEMENT LLC,

        Defendant.

Case No. 22-CV-582-JPS

**ORDER**

      On May 17, 2022, Plaintiff filed his complaint in the above-captioned matter, a putative class action alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and the Wisconsin Wage Payment and Collection Laws. ECF No. 1. No class was certified in the action. On April 13, 2023, the parties filed a stipulation dismissing Plaintiff's claims against Defendant with prejudice and without costs to any party. ECF No. 13. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and because Federal Rule of Civil Procedure 23(e) does not apply, the Court will adopt the stipulation of dismissal.

      Accordingly,

      **IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 13, be and the same is hereby **ADOPTED**; and

      **IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

      Dated at Milwaukee, Wisconsin, this 19th day of April, 2023.

                          BY THE COURT:

                          J. P. Stadtmueller
                          U.S. District Judge